# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01599-JLK

RANDY R. ROGERS,

    Plaintiff,

v.

NATIONAL OILWELL VARCO TUBOSCOPE,

    Defendant.

## ORDER FOR SECOND AMENDED COMPLAINT AND STRIKING AMENDED COMPLAINT

Kane, J.

    Before me is Defendant's Motion to Strike Amended Complaint, Doc. 23. The Motion is GRANTED and Plaintiff is ORDERED to file a Second Amended Complaint in conformity with Rule 8 and 10(b) of the Federal Rules of Civil Procedure on or before November 28, 2014.

DATED:    November 6, 2014    BY THE COURT:

    *s/John L. Kane*
    John L. Kane, U.S. Senior District Judge