IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01599-JLK

RANDY R. ROGERS,

    Plaintiff,

v.

NATIONAL OILWELL VARCO, L.P.,

    Defendant.

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER**

    This Court, having reviewed the Joint Motion to Amend Scheduling and Discovery Order (Doc. 49) filed September 22, 2015, and being apprised on its premises, hereby GRANTS the same.

    1.    The Discovery Cut-off is hereby extended to December 18, 2015.

    2.    The Dispositive Motion deadline is hereby extended to January 15, 2016.

    3.    The Discovery Cut-off, solely as relates to conducting the deposition of Mr. Rogers' expert witness, is hereby extended to a date twenty-one days after entry of any order on any dispositive motion filed in this lawsuit.

Dated this 23rd day of September.

BY THE COURT:

_John L. Kane_
John L. Kane
Senior U.S. District Court Judge