## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01599-JLK

RANDY R. ROGERS,

    Plaintiff,

v.

NATIONAL OILWELL VARCO, L.P.,

    Defendant.

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING AND DISCOVERY ORDER

This Court, having reviewed the Joint Motion to Amend Scheduling and Discovery Order filed December 14, 2015 (Doc. 53), and being apprised on its premises, hereby GRANTS the same.

1. The Discovery Cut-off is hereby extended to February 29, 2016.

2. The Dispositive Motion deadline is hereby extended to March 31, 2016.

3. The Discovery Cut-off, solely as relates to conducting the deposition of Mr. Rogers' expert witness, is hereby extended to a date twenty-one days after entry of any order on any dispositive motion filed in this lawsuit.

Dated this 15th day of December, 2015.

*John L. Kane*
John L. Kane
Senior U.S. District Court Judge